# EXHIBIT 1

| OMB APPROVAL |
| --- |
| OMB Number: 3235-0076 |
| Estimated Average burden hours per response: 4.0 |

# FORM D

**Notice of Exempt Offering of Securities**

# 1. Issuer's Identity

**CIK (Filer ID Number)**          Previous Name(s) ☒  None          **Entity Type**

0001576280

☒  Corporation

**Name of Issuer**

☐  Limited Partnership

Guardant Health, Inc.

☐  Limited Liability Company

**Jurisdiction of Incorporation/Organization**

☐  General Partnership

☐  Business Trust

DELAWARE

☐  Other

**Year of Incorporation/Organization**

☐  Over Five Years Ago
☒  Within Last Five Years (Specify Year)     2011
☐  Yet to Be Formed

# 2. Principal Place of Business and Contact Information

**Name of Issuer**

Guardant Health, Inc.

| **Street Address 1** | **Street Address 2** | | |
| --- | --- | --- | --- |
| 2686 MIDDLEFIELD ROAD | SUITE C,D,E | | |
| **City** | **State/Province/Country** | **ZIP/Postal Code** | **Phone No. of Issuer** |
| REDWOOD CITY | CALIFORNIA | 94063 | 650-290-7575 |

# 3. Related Persons

| | | |
|---|---|---|
| **Last Name** | **First Name** | **Middle Name** |
| Eltoukhy | Helmy | |

| | | |
|---|---|---|
| **Street Address 1** | **Street Address 2** | |
| 2686 Middlefield Road | Suite C,D,E | |

| | | |
|---|---|---|
| **City** | **State/Province/Country** | **ZIP/Postal Code** |
| Redwood City | CALIFORNIA | 94063 |

**Relationship:** ☒ Executive Officer  ☒ Director  ☐ Promoter

**Clarification of Response (if Necessary)**

---

| | | |
|---|---|---|
| **Last Name** | **First Name** | **Middle Name** |
| Talasaz | AmirAli | |

| | | |
|---|---|---|
| **Street Address 1** | **Street Address 2** | |
| 2686 Middlefield Road | Suite C,D,E | |

| | | |
|---|---|---|
| **City** | **State/Province/Country** | **ZIP/Postal Code** |
| Redwood City | CALIFORNIA | 94063 |

**Relationship:** ☒ Executive Officer  ☒ Director  ☐ Promoter

**Clarification of Response (if Necessary)**

---

| | | |
|---|---|---|
| **Last Name** | **First Name** | **Middle Name** |
| Wiley | Michael | |

| | | |
|---|---|---|
| **Street Address 1** | **Street Address 2** | |
| 2686 Middlefield Road | Suite C,D,E | |

| | | |
|---|---|---|
| **City** | **State/Province/Country** | **ZIP/Postal Code** |
| Redwood City | CALIFORNIA | 94063 |

**Relationship:** ☒ Executive Officer  ☐ Director  ☐ Promoter

**Clarification of Response (if Necessary)**

---

| | | |
|---|---|---|
| **Last Name** | **First Name** | **Middle Name** |
| Hogarth | Warren | |

| | | |
|---|---|---|
| **Street Address 1** | **Street Address 2** | |
| 2686 Middlefield Road | Suite C,D,E | |

| | | |
|---|---|---|
| **City** | **State/Province/Country** | **ZIP/Postal Code** |
| Redwood City | CALIFORNIA | 94063 |

**Relationship:** ☐ Executive Officer  ☒ Director  ☐ Promoter

**Clarification of Response (if Necessary)**

# 4. Industry Group

☐ **Agriculture**

**Banking & Financial Services**

☐ **Commercial Banking**

☐ **Insurance**

☐ **Investing**

☐ **Investment Banking**

☐ **Pooled Investment Fund**

☐ **Other Banking & Financial Services**

**Health Care**

☒ **Biotechnology**

☐ **Health Insurance**

☐ **Hospitals & Physicians**

☐ **Pharmaceuticals**

☐ **Other Health Care**

☐ **Manufacturing**

**Real Estate**

☐ **Commercial**

☐ **Construction**

☐ **REITS & Finance**

☐ **Residential**

☐ **Other Real Estate**

☐ **Retailing**

☐ **Restaurants**

**Technology**

☐ **Computers**

☐ **Telecommunications**

☐ **Other Technology**

**Travel**

☐ **Airlines & Airports**

☐ **Lodging & Conventions**

☐ **Tourism & Travel Services**

☐ **Other Travel**

☐ **Other**

☐ **Business Services**

**Energy**

☐ **Coal Mining**

☐ **Electric Utilities**

☐ **Energy Conservation**

☐ **Environmental Services**

☐ **Oil & Gas**

☐ **Other Energy**

# 5. Issuer Size

**Revenue Range**

☐ No Revenues

☐ $1 - $1,000,000

☐ $1,000,001 - $5,000,000

☐ $5,000,001 - $25,000,000

☐ $25,000,001 - $100,000,000

☐ Over $100,000,000

☒ Decline to Disclose

☐ Not Applicable

**Aggregate Net Asset Value Range**

☐ No Aggregate Net Asset Value

☐ $1 - $5,000,000

☐ $5,000,001 - $25,000,000

☐ $25,000,001 - $50,000,000

☐ $50,000,001 - $100,000,000

☐ Over $100,000,000

☐ Decline to Disclose

☐ Not Applicable

# 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ **Rule 504(b)(1) (not (i), (ii) or (iii))**    ☐ **Rule 505**

☐ **Rule 504 (b)(1)(i)**    ☒ **Rule 506(b)**

☐ **Rule 504 (b)(1)(ii)**    ☐ **Rule 506(c)**

☐ **Rule 504 (b)(1)(iii)**    ☐ **Securities Act Section 4(a)(5)**

    ☐ **Investment Company Act Section 3(c)**

# 7. Type of Filing

☒ **New Notice**    **Date of First Sale**   2013-04-22    ☐ **First Sale Yet to Occur**

☐ **Amendment**

# 8. Duration of Offering

**Does the Issuer intend this offering to last more than one year?**    ☐ **Yes**    ☒ **No**

# 9. Type(s) of Securities Offered (select all that apply)

☐ **Pooled Investment Fund Interests**    ☒ **Equity**

☐ **Tenant-in-Common Securities**    ☐ **Debt**

☐ **Mineral Property Securities**    ☒ **Option, Warrant or Other Right to Acquire Another Security**

☐ **Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security**    ☐ **Other (describe)**

# 10. Business Combination Transaction

**Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?**    ☐ **Yes**    ☒ **No**

**Clarification of Response (if Necessary)**

# 11. Minimum Investment

**Minimum investment accepted from any outside investor**    $   0   USD

# 12. Sales Compensation

**Recipient**

**Recipient CRD Number** ☐ **None**

**(Associated) Broker or Dealer** ☐ **None**

**(Associated) Broker or Dealer CRD Number** ☐ **None**

**Street Address 1**

**Street Address 2**

**City**

**State/Province/Country**

**ZIP/Postal Code**

**State(s) of Solicitation** ☐ **All States**

# 13. Offering and Sales Amounts

| | | | |
|---|---|---|---|
| Total Offering Amount | $ 10000000 USD | ☐ | Indefinite |
| Total Amount Sold | $ 9216476 USD | | |
| Total Remaining to be Sold | $ 783524 USD | ☐ | Indefinite |

**Clarification of Response (if Necessary)**

Series A Preferred Stock

# 14. Investors

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors,
Number of such non-accredited investors who already have invested in the offering

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:　36

# 15. Sales Commissions & Finders' Fees Expenses

Provide separately the amounts of sales commissions and finders' fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

| | | | |
|---|---|---|---|
| Sales Commissions | $ 0 USD | ☐ | Estimate |
| Finders' Fees | $ 0 USD | ☐ | Estimate |

**Clarification of Response (if Necessary)**

# 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$ 0 USD　☐ Estimate

**Clarification of Response (if Necessary)**

# Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each Issuer named above is:

- **Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, the information furnished to offerees.**

- **Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the Issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against it in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.**

- **Certifying that the Issuer is not disqualified from relying on any Regulation D exemption it has identified in Item 6 above for one of the reasons stated in Rule 505(b)(2)(iii).**

**Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.**

**For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.**

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| **Guardant Health, Inc.** | **/s/ Michael Wiley** | **Michael Wiley** | **Secretary** | **2014-02-14** |

# EXHIBIT 2

| OMB APPROVAL |
| --- |
| OMB Number: 3235-0076 |
| Estimated Average burden hours per response: 4.0 |

# FORM D

**Notice of Exempt Offering of Securities**

# 1. Issuer's Identity

**CIK (Filer ID Number)**       **Previous Name(s)** ☒   None      **Entity Type**

0001576280

☒   Corporation

**Name of Issuer**

☐   Limited Partnership

Guardant Health, Inc.

☐   Limited Liability Company

**Jurisdiction of Incorporation/Organization**

☐   General Partnership

☐   Business Trust

DELAWARE

☐   Other

**Year of Incorporation/Organization**

☐   Over Five Years Ago

☒   Within Last Five Years (Specify Year)      2011

☐   Yet to Be Formed

# 2. Principal Place of Business and Contact Information

**Name of Issuer**

Guardant Health, Inc.

| **Street Address 1** | **Street Address 2** |
| --- | --- |
| 2686 MIDDLEFIELD ROAD | SUITE D |

| **City** | **State/Province/Country** | **ZIP/Postal Code** | **Phone No. of Issuer** |
| --- | --- | --- | --- |
| REDWOOD CITY | CALIFORNIA | 94063 | 650-290-7575 |

# 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Eltoukhy | Helmy | |

| Street Address 1 | Street Address 2 |
|---|---|
| 2686 Middlefield Road | Suite C,D,E |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Redwood City | CALIFORNIA | 94063 |

Relationship: ☒ Executive Officer ☒ Director ☐ Promoter

Clarification of Response (if Necessary)

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Talasaz | AmirAli | |

| Street Address 1 | Street Address 2 |
|---|---|
| 2686 Middlefield Road | Suite C,D,E |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Redwood City | CALIFORNIA | 94063 |

Relationship: ☒ Executive Officer ☒ Director ☐ Promoter

Clarification of Response (if Necessary)

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Wiley | Michael | |

| Street Address 1 | Street Address 2 |
|---|---|
| 2686 Middlefield Road | Suite C,D,E |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Redwood City | CALIFORNIA | 94063 |

Relationship: ☒ Executive Officer ☐ Director ☐ Promoter

Clarification of Response (if Necessary)

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Hogarth | Warren | |

| Street Address 1 | Street Address 2 |
|---|---|
| 2686 Middlefield Road | Suite C,D,E |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Redwood City | CALIFORNIA | 94063 |

Relationship: ☐ Executive Officer ☒ Director ☐ Promoter

Clarification of Response (if Necessary)

| Last Name | First Name | Middle Name |
|---|---|---|
| **Kaur** | **Samir** | |

| Street Address 1 | Street Address 2 |
|---|---|
| **c/o Guardant Health, Inc.** | **2686 Middlefield Road, Suite C,D,E** |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| **Redwood City** | **CALIFORNIA** | **94063** |

Relationship: ☐ **Executive Officer** ☒ **Director** ☐ **Promoter**

Clarification of Response (if Necessary)

# 4. Industry Group

☐ **Agriculture**

**Banking & Financial Services**

☐ Commercial Banking

☐ Insurance

☐ Investing

☐ Investment Banking

☐ Pooled Investment Fund

☐ Other Banking & Financial Services

**Health Care**

☒ Biotechnology

☐ Health Insurance

☐ Hospitals & Physicians

☐ Pharmaceuticals

☐ Other Health Care

☐ **Manufacturing**

**Real Estate**

☐ Commercial

☐ Construction

☐ REITS & Finance

☐ Residential

☐ Other Real Estate

☐ **Retailing**

☐ **Restaurants**

**Technology**

☐ Computers

☐ Telecommunications

☐ Other Technology

**Travel**

☐ Airlines & Airports

☐ Lodging & Conventions

☐ Tourism & Travel Services

☐ Other Travel

☐ **Other**

☐ **Business Services**

**Energy**

☐ Coal Mining

☐ Electric Utilities

☐ Energy Conservation

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

# 5. Issuer Size

| **Revenue Range** | **Aggregate Net Asset Value Range** |
|---|---|
| ☐ No Revenues | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | ☐ Decline to Disclose |
| ☐ Not Applicable | ☐ Not Applicable |

# 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ Rule 504(b)(1) (not (i), (ii) or (iii))     ☐ Rule 505

☐ Rule 504 (b)(1)(i)                          ☒ Rule 506(b)

☐ Rule 504 (b)(1)(ii)                         ☐ Rule 506(c)

☐ Rule 504 (b)(1)(iii)                        ☐ Securities Act Section 4(a)(5)

                                              ☐ Investment Company Act Section 3(c)

# 7. Type of Filing

☒ New Notice        Date of First Sale  **2014-04-11**     ☐ First Sale Yet to Occur

☐ Amendment

# 8. Duration of Offering

**Does the Issuer intend this offering to last more than one year?**     ☐ Yes     ☒ No

# 9. Type(s) of Securities Offered (select all that apply)

☐ Pooled Investment Fund Interests            ☒ Equity

☐ Tenant-in-Common Securities                 ☐ Debt

☐ Mineral Property Securities                 ☐ Option, Warrant or Other Right to Acquire
                                                Another Security

☐ Security to be Acquired Upon Exercise of Option,     ☐ Other (describe)
  Warrant or Other Right to Acquire Security

# 10. Business Combination Transaction

**Is this offering being made in connection with a business combination
transaction, such as a merger, acquisition or exchange offer?**     ☐ Yes     ☒ No

**Clarification of Response (if Necessary)**

# 11. Minimum Investment

**Minimum investment accepted from any outside investor**     $  **0**   USD

# 12. Sales Compensation

**Recipient**

**Recipient CRD Number** ☐ **None**

**(Associated) Broker or Dealer** ☐ **None**

**(Associated) Broker or Dealer CRD Number** ☐ **None**

**Street Address 1**

**Street Address 2**

**City**

**State/Province/Country**

**ZIP/Postal Code**

**State(s) of Solicitation** ☐ **All States**

# 13. Offering and Sales Amounts

| | | | | | |
|---|---|---|---|---|---|
| Total Offering Amount | $ | 32500000 | USD | ☐ | Indefinite |
| Total Amount Sold | $ | 31500000 | USD | | |
| Total Remaining to be Sold | $ | 1000000 | USD | ☐ | Indefinite |

**Clarification of Response (if Necessary)**

Series B Preferred Stock

# 14. Investors

☐   **Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors,**
**Number of such non-accredited investors who already have invested in the offering**

**Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:**    7

# 15. Sales Commissions & Finders' Fees Expenses

**Provide separately the amounts of sales commissions and finders' fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.**

| | | | | | |
|---|---|---|---|---|---|
| Sales Commissions | $ | 0 | USD | ☐ | Estimate |
| Finders' Fees | $ | 0 | USD | ☐ | Estimate |

**Clarification of Response (if Necessary)**

# 16. Use of Proceeds

**Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.**

$   0   USD     ☐ Estimate

**Clarification of Response (if Necessary)**

# Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each Issuer named above is:

- **Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, the information furnished to offerees.**

- **Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the Issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against it in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.**

- **Certifying that the Issuer is not disqualified from relying on any Regulation D exemption it has identified in Item 6 above for one of the reasons stated in Rule 505(b)(2)(iii).**

**Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.**

**For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.**

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| **Guardant Health, Inc.** | **/s/ Michael Wiley** | **Michael Wiley** | **Secretary** | **2014-04-22** |

# EXHIBIT 3

| OMB APPROVAL |
| --- |
| OMB Number: 3235-0076 |
| Estimated Average burden hours per response: 4.0 |

# FORM D

**Notice of Exempt Offering of Securities**

# 1. Issuer's Identity

| CIK (Filer ID Number) | Previous Name(s) ☒ None | Entity Type |
| --- | --- | --- |
| 0001576280 | | ☒ Corporation |

**Name of Issuer**

Guardant Health, Inc.

☐ Limited Partnership

☐ Limited Liability Company

**Jurisdiction of Incorporation/Organization**

☐ General Partnership

DELAWARE

☐ Business Trust

☐ Other

**Year of Incorporation/Organization**

☐ Over Five Years Ago

☒ Within Last Five Years (Specify Year)　　2011

☐ Yet to Be Formed

# 2. Principal Place of Business and Contact Information

**Name of Issuer**

Guardant Health, Inc.

| Street Address 1 | Street Address 2 |
| --- | --- |
| 2686 MIDDLEFIELD ROAD | SUITE C,D,E |

| City | State/Province/Country | ZIP/Postal Code | Phone No. of Issuer |
| --- | --- | --- | --- |
| REDWOOD CITY | CALIFORNIA | 94063 | 650-290-7575 |

# 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Eltoukhy | Helmy | |

| Street Address 1 | Street Address 2 |
|---|---|
| 2686 Middlefield Road | Suite C,D,E |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Redwood City | CALIFORNIA | 94063 |

Relationship: ☒ Executive Officer ☒ Director ☐ Promoter

Clarification of Response (if Necessary)

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Talasaz | AmirAli | |

| Street Address 1 | Street Address 2 |
|---|---|
| 2686 Middlefield Road | Suite C,D,E |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Redwood City | CALIFORNIA | 94063 |

Relationship: ☒ Executive Officer ☒ Director ☐ Promoter

Clarification of Response (if Necessary)

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Wiley | Michael | |

| Street Address 1 | Street Address 2 |
|---|---|
| 2686 Middlefield Road | Suite C,D,E |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Redwood City | CALIFORNIA | 94063 |

Relationship: ☒ Executive Officer ☐ Director ☐ Promoter

Clarification of Response (if Necessary)

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Hogarth | Warren | |

| Street Address 1 | Street Address 2 |
|---|---|
| 2686 Middlefield Road | Suite C,D,E |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Redwood City | CALIFORNIA | 94063 |

Relationship: ☐ Executive Officer ☒ Director ☐ Promoter

Clarification of Response (if Necessary)

| Last Name | First Name | Middle Name |
|---|---|---|
| **Kaul** | **Samir** | |

| Street Address 1 | Street Address 2 |
|---|---|
| **c/o Guardant Health, Inc.** | **2686 Middlefield Road, Suite C,D,E** |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| **Redwood City** | **CALIFORNIA** | **94063** |

Relationship: ☐ **Executive Officer** ☒ **Director** ☐ **Promoter**

Clarification of Response (if Necessary)

# 4. Industry Group

☐ **Agriculture**

**Banking & Financial Services**
- ☐ **Commercial Banking**
- ☐ **Insurance**
- ☐ **Investing**
- ☐ **Investment Banking**
- ☐ **Pooled Investment Fund**
- ☐ **Other Banking & Financial Services**

☐ **Business Services**

**Energy**
- ☐ **Coal Mining**
- ☐ **Electric Utilities**
- ☐ **Energy Conservation**
- ☐ **Environmental Services**
- ☐ **Oil & Gas**
- ☐ **Other Energy**

**Health Care**
- ☒ **Biotechnology**
- ☐ **Health Insurance**
- ☐ **Hospitals & Physicians**
- ☐ **Pharmaceuticals**
- ☐ **Other Health Care**

☐ **Manufacturing**

**Real Estate**
- ☐ **Commercial**
- ☐ **Construction**
- ☐ **REITS & Finance**
- ☐ **Residential**
- ☐ **Other Real Estate**

☐ **Retailing**

☐ **Restaurants**

**Technology**
- ☐ **Computers**
- ☐ **Telecommunications**
- ☐ **Other Technology**

**Travel**
- ☐ **Airlines & Airports**
- ☐ **Lodging & Conventions**
- ☐ **Tourism & Travel Services**
- ☐ **Other Travel**

☐ **Other**

# 5. Issuer Size

**Revenue Range**

- ☐ No Revenues
- ☐ $1 - $1,000,000
- ☐ $1,000,001 - $5,000,000
- ☐ $5,000,001 - $25,000,000
- ☐ $25,000,001 - $100,000,000
- ☐ Over $100,000,000
- ☒ Decline to Disclose
- ☐ Not Applicable

**Aggregate Net Asset Value Range**

- ☐ No Aggregate Net Asset Value
- ☐ $1 - $5,000,000
- ☐ $5,000,001 - $25,000,000
- ☐ $25,000,001 - $50,000,000
- ☐ $50,000,001 - $100,000,000
- ☐ Over $100,000,000
- ☐ Decline to Disclose
- ☐ Not Applicable

# 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

- ☐ Rule 504(b)(1) (not (i), (ii) or (iii))
- ☐ Rule 504 (b)(1)(i)
- ☐ Rule 504 (b)(1)(ii)
- ☐ Rule 504 (b)(1)(iii)

- ☐ Rule 505
- ☒ Rule 506(b)
- ☐ Rule 506(c)
- ☐ Securities Act Section 4(a)(5)
- ☐ Investment Company Act Section 3(c)

# 7. Type of Filing

- ☒ New Notice      Date of First Sale   2014-12-16     ☐ First Sale Yet to Occur
- ☐ Amendment

# 8. Duration of Offering

Does the Issuer intend this offering to last more than one year?    ☐ Yes    ☒ No

# 9. Type(s) of Securities Offered (select all that apply)

- ☐ Pooled Investment Fund Interests
- ☐ Tenant-in-Common Securities
- ☐ Mineral Property Securities
- ☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security

- ☒ Equity
- ☐ Debt
- ☐ Option, Warrant or Other Right to Acquire Another Security
- ☐ Other (describe)

# 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?    ☐ Yes    ☒ No

Clarification of Response (if Necessary)

# 11. Minimum Investment

Minimum investment accepted from any outside investor     $   0   USD

# 12. Sales Compensation

**Recipient**                                    **Recipient CRD Number**               ☐ **None**

**(Associated) Broker or Dealer**        ☐ **None**        **(Associated) Broker or Dealer CRD Number**        ☐ **None**

**Street Address 1**                              **Street Address 2**

**City**                                    **State/Province/Country**                **ZIP/Postal Code**

**State(s) of Solicitation**        ☐ **All States**

# 13. Offering and Sales Amounts

Total Offering Amount       $ **60000000**   USD     ☐   Indefinite

Total Amount Sold       $ **55999351**   USD

Total Remaining to be Sold       $ **4000649**   USD     ☐   Indefinite

Clarification of Response (if Necessary)
  **Series C Preferred Stock and Common Stock issuable upon conversion of Series C Preferred Stock.**

# 14. Investors

☐    **Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors,**
**Number of such non-accredited investors who already have invested in the offering**

**Regardless of whether securities in the offering have been or may be sold to persons who do not**   **21**
**qualify as accredited investors, enter the total number of investors who already have invested in the offering:**

# 15. Sales Commissions & Finders' Fees Expenses

**Provide separately the amounts of sales commissions and finders' fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.**

Sales Commissions    $ **0**   USD     ☐   Estimate

Finders' Fees    $ **0**   USD     ☐   Estimate

Clarification of Response (if Necessary)

# 16. Use of Proceeds

**Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.**

$ **0**   USD     ☐   Estimate

Clarification of Response (if Necessary)

# Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each Issuer named above is:

- **Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, the information furnished to offerees.**

- **Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the Issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against it in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.**

- **Certifying that the Issuer is not disqualified from relying on any Regulation D exemption it has identified in Item 6 above for one of the reasons stated in Rule 505(b)(2)(iii).**

**Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.**

**For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.**

| Issuer | Signature | Name of Signer | Title | Date |
|--------|-----------|----------------|-------|------|
| **Guardant Health, Inc.** | **/s/ Michael Wiley** | **Michael Wiley** | **Secretary** | **2015-03-27** |

# EXHIBIT 4

| UNITED STATES SECURITIES | OMB APPROVAL |
|---|---|
| AND EXCHANGE COMMISSION | OMB Number: 3235-0076 |
| Washington, D.C. | Estimated Average burden hours per response: 4.0 |

# FORM D

**Notice of Exempt Offering of Securities**

## 1. Issuer's Identity

**CIK (Filer ID Number)**   **Previous Name(s)** ☒ None   **Entity Type**

0001576280

**Name of Issuer**   ☒ Corporation

Guardant Health, Inc.   ☐ Limited Partnership

**Jurisdiction of**   ☐ Limited Liability Company
**Incorporation/Organization**   ☐ General Partnership

DELAWARE   ☐ Business Trust

☐ Other

**Year of Incorporation/Organization**

☐ Over Five Years Ago

☒ Within Last Five Years (Specify Year)   2011

☐ Yet to Be Formed

## 2. Principal Place of Business and Contact Information

**Name of Issuer**

Guardant Health, Inc.

**Street Address 1**   **Street Address 2**

505 PENOBSCOT DR.

**City**   **State/Province/Country**   **ZIP/Postal Code**   **Phone No. of Issuer**

REDWOOD CITY   CALIFORNIA   94063   855-698-8887

# 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| Eltoukhy | Helmy | |

| Street Address 1 | Street Address 2 |
|---|---|
| c/o Guardant Health, Inc. | 505 Penobscot Drive |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Redwood City | CALIFORNIA | 94068 |

Relationship: ☒ Executive Officer ☒ Director ☐ Promoter

Clarification of Response (if Necessary)

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Talasaz | AmirAli | |

| Street Address 1 | Street Address 2 |
|---|---|
| c/o Guardant Health, Inc. | 505 Penobscot Drive |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Redwood City | CALIFORNIA | 94068 |

Relationship: ☒ Executive Officer ☒ Director ☐ Promoter

Clarification of Response (if Necessary)

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Wiley | Michael | |

| Street Address 1 | Street Address 2 |
|---|---|
| c/o Guardant Health, Inc. | 505 Penobscot Drive |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Redwood City | CALIFORNIA | 94068 |

Relationship: ☒ Executive Officer ☐ Director ☐ Promoter

Clarification of Response (if Necessary)

---

| Last Name | First Name | Middle Name |
|---|---|---|
| Hilaly | Aaref | |

| Street Address 1 | Street Address 2 |
|---|---|
| c/o Guardant Health, Inc. | 505 Penobscot Drive |

| City | State/Province/Country | ZIP/Postal Code |
|---|---|---|
| Redwood City | CALIFORNIA | 94068 |

Relationship: ☐ Executive Officer ☒ Director ☐ Promoter

Clarification of Response (if Necessary)

| Last Name | First Name | Middle Name |
|-----------|------------|-------------|
| Kaul | Samir | |

| Street Address 1 | Street Address 2 |
|------------------|------------------|
| c/o Guardant Health, Inc. | 505 Penobscot Drive |

| City | State/Province/Country | ZIP/Postal Code |
|------|------------------------|-----------------|
| Redwood City | CALIFORNIA | 94063 |

**Relationship:** ☐ Executive Officer ☒ Director ☐ Promoter

**Clarification of Response (if Necessary)**

## 4. Industry Group

- ☐ **Agriculture**

  **Banking & Financial Services**
  - ☐ **Commercial Banking**
  - ☐ **Insurance**
  - ☐ **Investing**
  - ☐ **Investment Banking**
  - ☐ **Pooled Investment Fund**
  - ☐ **Other Banking & Financial Services**

- ☐ **Business Services**

  **Energy**
  - ☐ **Coal Mining**
  - ☐ **Electric Utilities**
  - ☐ **Energy Conservation**
  - ☐ **Environmental Services**
  - ☐ **Oil & Gas**
  - ☐ **Other Energy**

**Health Care**
- ☒ **Biotechnology**
- ☐ **Health Insurance**
- ☐ **Hospitals & Physicians**
- ☐ **Pharmaceuticals**
- ☐ **Other Health Care**

- ☐ **Manufacturing**

  **Real Estate**
  - ☐ **Commercial**
  - ☐ **Construction**
  - ☐ **REITS & Finance**
  - ☐ **Residential**
  - ☐ **Other Real Estate**

- ☐ **Retailing**
- ☐ **Restaurants**

  **Technology**
  - ☐ **Computers**
  - ☐ **Telecommunications**
  - ☐ **Other Technology**

  **Travel**
  - ☐ **Airlines & Airports**
  - ☐ **Lodging & Conventions**
  - ☐ **Tourism & Travel Services**
  - ☐ **Other Travel**

- ☐ **Other**

## 5. Issuer Size

| **Revenue Range** | **Aggregate Net Asset Value Range** |
|---|---|
| ☐ **No Revenues** | ☐ **No Aggregate Net Asset Value** |
| ☐ **$1 - $1,000,000** | ☐ **$1 - $5,000,000** |
| ☐ **$1,000,001 - $5,000,000** | ☐ **$5,000,001 - $25,000,000** |
| ☐ **$5,000,001 - $25,000,000** | ☐ **$25,000,001 - $50,000,000** |
| ☐ **$25,000,001 - $100,000,000** | ☐ **$50,000,001 - $100,000,000** |
| ☐ **Over $100,000,000** | ☐ **Over $100,000,000** |
| ☒ **Decline to Disclose** | ☐ **Decline to Disclose** |
| ☐ **Not Applicable** | ☐ **Not Applicable** |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☐ **Rule 504(b)(1) (not (i), (ii) or (iii))**    ☐ **Rule 505**

☐ **Rule 504 (b)(1)(i)**    ☒ **Rule 506(b)**

☐ **Rule 504 (b)(1)(ii)**    ☐ **Rule 506(c)**

☐ **Rule 504 (b)(1)(iii)**    ☐ **Securities Act Section 4(a)(5)**

☐ **Investment Company Act Section 3(c)**

## 7. Type of Filing

☒ **New Notice**    Date of First Sale  **2015-12-21**    ☐ **First Sale Yet to Occur**

☐ **Amendment**

## 8. Duration of Offering

**Does the Issuer intend this offering to last more than one year?**    ☐ **Yes**    ☒ **No**

## 9. Type(s) of Securities Offered (select all that apply)

☐ **Pooled Investment Fund Interests**    ☒ **Equity**

☐ **Tenant-in-Common Securities**    ☐ **Debt**

☐ **Mineral Property Securities**    ☐ **Option, Warrant or Other Right to Acquire Another Security**

☐ **Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security**    ☐ **Other (describe)**

## 10. Business Combination Transaction

**Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?**    ☐ **Yes**    ☒ **No**

**Clarification of Response (if Necessary)**

## 11. Minimum Investment

**Minimum investment accepted from any outside investor**    $ **0** USD

# 12. Sales Compensation

**Recipient**

**Recipient CRD Number** ☐ None

**(Associated) Broker or Dealer** ☐ None

**(Associated) Broker or Dealer CRD Number** ☐ None

**Street Address 1**

**Street Address 2**

**City**

**State/Province/Country**

**ZIP/Postal Code**

**State(s) of Solicitation** ☐ All States

# 13. Offering and Sales Amounts

| | | | | |
|---|---|---|---|---|
| Total Offering Amount | $ | 100000000 | USD | ☐ Indefinite |
| Total Amount Sold | $ | 82843833 | USD | |
| Total Remaining to be Sold | $ | 17156167 | USD | ☐ Indefinite |

**Clarification of Response (if Necessary)**

Series D Preferred Stock and Common Stock issuable upon conversion of Series D Preferred Stock.

# 14. Investors

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors,
Number of such non-accredited investors who already have invested in the offering

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:  14

# 15. Sales Commissions & Finders' Fees Expenses

Provide separately the amounts of sales commissions and finders' fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

| | | | | |
|---|---|---|---|---|
| Sales Commissions | $ | 0 | USD | ☐ Estimate |
| Finders' Fees | $ | 0 | USD | ☐ Estimate |

**Clarification of Response (if Necessary)**

# 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$  0  USD  ☐ Estimate

**Clarification of Response (if Necessary)**

# Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each Issuer named above is:

- **Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, the information furnished to offerees.**

- **Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the Issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against it in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.**

- **Certifying that the Issuer is not disqualified from relying on any Regulation D exemption it has identified in Item 6 above for one of the reasons stated in Rule 505(b)(2)(iii).**

**Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.**

**For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.**

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| **Guardant Health, Inc.** | **/s/ Michael Wiley** | **Michael Wiley** | **Secretary** | **2016-03-24** |

# EXHIBIT 5

# Guardant Health Named a 2015 Technology Pioneer by World Economic Forum

Recognized as Leader for Groundbreaking Work in Cancer Diagnostics



NEWS PROVIDED BY
**Guardant Health →**
Aug 26, 2014, 08:00 ET

REDWOOD CITY, Calif., Aug. 26, 2014 /PRNewswire/ -- Guardant Health, a healthcare company focused on the development and commercialization of oncology diagnostic products, has been recognized today by the World Economic Forum as a 2015 Technology Pioneer. As an innovator in non-invasive, tumor profiling, Guardant Health is one of 24 companies across a wide variety of industries and regions to receive this prestigious accolade.

**Guardant360®,** Guardant Health's first commercially available product, is a first-in-kind blood test that comprehensively sequences a patient's cancer in real-time to aid oncologists in making more informed, personalized treatment decisions without the cost, time, and risk of a traditional tissue biopsy. **Guardant360** is built on Digital Sequencing™ technology, a proprietary method of capturing and genomically profiling trace fragments of tumor DNA that are shed into the blood stream ("cell-free DNA"), while also providing sequencing information at the single-molecule level. A patient's cancer genomics continues to evolve and change over time due to treatment pressure, which can cause therapy failure.  For the first time, oncologists now have a way to easily track tumor changes with a simple blood test.

In just two years, Guardant Health has taken a promising idea through clinical validation and to commercial launch. Since launch, Guardant360 has demonstrated strong clinical utility as 75% of the genomic alterations identified in the patient specimens are actionable.

"We are honored to be recognized by the World Economic Forum and humbled to be among the esteemed past and present award winners," said Helmy Eltoukhy, Ph.D., Co-founder and Chief Executive Officer of Guardant Health.  "Our mission remains the same: to turn cancer into a manageable disease. We stay committed to ensuring positive impact for patients and helping to reduce both the financial and physical burden of cancer."

**About World Economic Forum**
The World Economic Forum is an independent international organization committed to improving the state of the world by engaging business, political, academic and other leaders of society to shape global, regional and industry agendas.

Incorporated as a not-for-profit foundation in 1971 and headquartered in Geneva, Switzerland, the Forum is tied to no political, partisan or national interests (www.weforum.org).

**About Guardant Health**
Guardant Health is focused on developing breakthrough diagnostic technologies that possess the ability to transform cancer from a terminal illness to a manageable disease.  Guardant was founded in 2012 by a team of entrepreneurs with high-ranking expertise in next-generation sequencing, single-cell genomics and cancer diagnostics.  Guardant Health is committed to contributing a positive significant impact on patient health through cutting-edge technology that addresses long-standing unmet needs in oncology.    (**www.guardanthealth.com**)

Logo - http://photos.prnewswire.com/prnh/20140212/SF64352LOGO

SOURCE Guardant Health

# EXHIBIT 6

# Cancer Clinics of Excellence Fall Congress Opens Tonight

NEWS PROVIDED BY

**Cancer Clinics of Excellence →**

Sep 19, 2013, 06:01 ET

WASHINGTON, Sept. 19, 2013 /PRNewswire-USNewswire/ -- Cancer Clinics of Excellence will be convening our 7th Annual Fall Meeting and Clinical Congress tonight at the Renaissance Hotel at 999 9th St NW, Washington, DC in the Grand Ballroom North. Our keynote speaker is Sharyl Nass, PhD, Director of Cancer Policy at the Institute of Medicine. Dr. Nass will be sharing the results of their new project report on ***Delivering High Quality Cancer Care: Charting a New Course for a System in Crisis IOM Project Study Report***. We will follow that session with a panel discussion on how CCE is implementing many of these initiatives in the community setting.

The meeting will continue on Friday and Saturday with the following speakers and topics:

- **Improving Cancer Outcomes Through Disruptive Next-Gen Technologies** - Dietrich Stephan, PhD, Founder, President, and CEO, Silicon Valley Biosystems
- **Chimeric Antigen Receptors - Modified T Cells for Acute Lymphoid Leukemia** -  Noelle Frey, MD, MS, University of Pennsylvania
- **Integration of Genetics, Genomics and Biology in Personalize Medicine** - Jeffrey Trent, PhD, President and Research Director of the Translational Genomic Research Institute
- **Detection of Circulating Tumor Cell-Free DNA** – Helmy Eltoukhy, Founder; Michael Wiley, CFO, Guardant
- **PD1 and Its Ligands in Tolerance and Immunity** - Patrick A. Ott, MD, PhD, Clinical Director, Melanoma Disease Center, Dana Farber Cancer Institute
- **Big Data's Impact on Evidence-based Cancer Care-** Nat Turner, Co-Founder, Zach Weinberg, Co-Founder, Robin Shah, Flatiron Health
- **Clinical Trials Patient Stratification – A Live Tumor Board** – Chris Corless, MD, PhD, Knight Diagnostic Laboratories, Oregon Health Sciences University

SOURCE Cancer Clinics of Excellence