IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ILLUMINA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-334-GBW-CJB |
| GUARDANT HEALTH, INC.; HELMY ELTOUKHY; and AMIRALI TALASAZ, | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Illumina, Inc. ("Plaintiff") and Defendants Guardant Health, Inc., Helmy Eltoukhy, and Amirali Talasaz (collectively, "Defendants") stipulate as follows:

1. All of Illumina's claims are dismissed with prejudice.

2. Each party shall bear its own costs, expenses, disbursements, and attorneys' fees incurred in connection with the above-captioned action.

| ASHBY & GEDDES | MCCARTER & ENGLISH, LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Alexandra M. Joyce* |
| Steven J. Balick (#2114) | Daniel M. Silver (#4758) |
| Andrew C. Mayo (#5207) | Alexandra M. Joyce (#6423) |
| 500 Delaware Avenue, 8th Floor | Renaissance Centre |
| P.O. Box 1150 | 405 N. King Street, 8th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 654-1888 | (302) 984-6300 |
| sbalick@ashbygeddes.com | dsilver@mccarter.com |
| amayo@ashbygeddes.com | ajoyce@mccarter.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

{01926989;v1 }